# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### PARKERSBURG DIVISION

JAMES D. NOBLES,

   Plaintiff,

v.                Case No. 6:07-cv-0546

STATE OF WEST VIRGINIA,
WOOD COUNTY, WEST VIRGINIA,
JOE MANCHIN, DEBBIE TEMSVARY,
WENDY MILLER, ANGELA HATFIELD,
KATRINA M. CHRIST, JODIE BOYLEN,
LAUREA ELLIS, and JOHN ARNOTT,

   Defendants.

### JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion and Order denying the

plaintiff's request to proceed in forma pauperis and dismissing the plaintiff's complaint, the

Court **ORDERS** that judgment be entered in favor of the defendant and that this case be

dismissed and stricken from the docket of this court.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to

counsel of record and any unrepresented party.

        ENTER:  December 4, 2007

        Joseph R. Goodwin, Chief Judge